

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                          | §   |                          |
| ------------------------ | --- | ------------------------ |
|                          | §   | No. 08-14-00264-CV       |
| IN RE:  RAQUEL VASQUEZ,  | §   |                          |
|                          |     | AN ORIGINAL PROCEEDING   |
| Relator.                 | §   |                          |
|                          |     | IN MANDAMUS              |
|                          | §   |                          |

## **J U D G M E N T**

The court has considered this cause on the Relator′s petition for writ of mandamus against the Honorable Mike Herrera, Judge of the 383rd District Court of El Paso, Texas, and concludes that Relator′s petition for writ of mandamus should be denied.  We therefore deny the petition for writ of mandamus, in accordance with the opinion of this court.

IT IS SO ORDERED THIS 24TH DAY OF SEPTEMBER, 2014.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, J., and Barajas, C.J., (Senior Judge)
(Barajas, C.J., Senior Judge, sitting by assignment, not participating)